NOT FOR PUBLICATION

FILED

UNITED STATES COURT OF APPEALS

JUN 26 2026

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MICHELLE McNALLY, | No. 25-1033 |
| Plaintiff - Appellant, | D.C. No. 2:23-cv-08094-MEMF-PD |
| v. | |
| LOS ANGELES DEPARTMENT OF WATER AND POWER; POWER-PERMISSIBLY SELF-INSURED, | MEMORANDUM* |
| Defendants - Appellees. | |

Appeal from the United States District Court
for the Central District of California
Maame Ewusi-Mensah Frimpong, District Judge, Presiding

Submitted June 22, 2026**

Before:    CANBY, BENNETT, and BADE, Circuit Judges.

Michelle McNally appeals pro se from the district court's order dismissing

her action to enforce a state decision regarding workers' compensation benefits.

We have jurisdiction under 28 U.S.C. § 1291.  We affirm.

---

\*        This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\*        The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Because McNally does not challenge the district court's ground for dismissal of her action in her opening brief, we do not consider that decision. *See Indep. Towers of Wash. v. Washington*, 350 F.3d 925, 929 (9th Cir. 2003) (explaining that "we will not consider any claims that were not actually argued in appellant's opening brief"); *Acosta-Huerta v. Estelle*, 7 F.3d 139, 144 (9th Cir. 1992), *as amended* (Oct. 8, 1993) (explaining that issues not supported by argument in pro se appellant's opening brief are deemed abandoned).

All pending motions are denied.

**AFFIRMED.**